# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                               **CRIMINAL NO. 3:18CR67-CWR-LRA**

**AUBREY MAURICE JORDAN,**
**CORTEZ LAKEITH BYRD, and**
**MONROE L. HUGHES, III**

## ORDER

The above-styled cause came on for hearing on May 22, 2019, on several Motions filed by the parties. All of the Defendants and counsel were present at the hearing, and the Court heard argument on several Motions that will be described below.

Defendant Monroe Hughes had filed, *ex parte*, two Motions seeking approval of a proposed budget (Doc. #111 and Doc. #115). Since that time, new counsel has been appointed, and the Court understands that a new budget has been prepared and a Motion to approve that budget will be filed. Therefore, the earlier Motions will be denied as moot.

The Government had filed a Motion for Judicial Inquiry (Doc. #126). Since that Motion involves another case, the Court will set the Motion for a hearing at the earliest possible date that all involved counsel can attend.

Defendant Cortez Byrd filed an *Ex Parte* Motion regarding a budget matter (Doc. #131). That Motion will be granted by a separate Order.

Defendant Byrd filed a Motion to Continue Deadline to Submit Mitigation Evidence (Doc. #133). That Motion will be granted, and the Government will submit a separate Order setting the dates that are affected.

Defendant Hughes filed a Motion to Continue and a Motion to Stay Proceedings Pending Status Conference (Doc. #139 and #141). Those Motions will be granted, and the Government will submit a separate Order setting the dates that are affected.

**IT IS, THEREFORE ORDERED**, as described above, that Motions #111 and #115 are **DENIED** as moot and Motions #133, #139, and #141 are **GRANTED**.

**IT IS SO ORDERED** this 24th day of May, 2019.

/s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE