**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                          **CRIMINAL CASE NO. 3:18cr67CWR-LRA**

**AUBREY MAURICE JORDAN,
MONROE L. HUGHES, III a/k/a Roe and
CORTEZ LAKEITH BYRD a/k/a Byrd**

**ORDER GRANTING GOVERNMENT'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter came before the Court on the Motion for Leave to File under Seal [216]. By this Motion, the Government seeks to file under seal certain documents that it characterizes as confidential and HIPAA protected. The Government asks that they be sealed in accordance with L.U.Civ.R. 79(e)(3)(B)(2), with access given to the litigant's counsel, but sealed from public access. The Court has reviewed the documents and finds that these are medical records, and, therefore, there is a clear and compelling reason for them to be sealed. By granting access to the litigants' counsel, but not the public, the Court finds that this Order is narrowly tailored to serve the privacy interests advanced by the Government.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Leave to File under Seal [216] is hereby **granted**. The Government may submit the documents for conventional filing, and the Clerk of this Court is directed to file them in accordance with L.U.Civ.R. 79(e)(3)(B)(2), with CM/ECF access to the litigants' counsel, but without public access.

IT SO ORDERED, this the 11th day of August, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE